CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig B. Friedberg, Esq.
4760 S. Pecos Road, Suite 103
Las Vegas. NV 89121
Tel: (702) 435-7968
Fax; (702) 946-0887
Email; attcfb@cox.net
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI C. WOOD, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J CHOO USA, INC., d//b/a "Jimmy Choo", a Delaware corporation,<br><br>    Defendant. | Case No. 16-cv-02315-APG-PAL<br><br>**[PROPOSED] ORDER RE: UNOPPOSED MOTION TO CONTINUE DATE ON WHICH TO COMPLY WITH SUBPOENA [ECF No. 3]**<br><br>[Underlying Action currently pending- Case No. 9:15-cv-8187-BB; Hon. Judge Beth Bloom |

On October 26, 2016, Kerri C. Wood ("Plaintiff in the Underlying Action" or "Plaintiff"), by and through her counsel, filed an unopposed motion for a 30-day extension of time for non-party Shift4 Corporation to respond to the motion to enforce currently pending before this Court ("motion for extension of time") [ECF No. 3].[1]

There being no opposition to the motion for extension of time,

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 10, 2016

---

[1] Plaintiff inadvertently failed to comply with Local Rule IA 6-2 to include a proposed Order with the motion, and corrects her error herein.

PROPOSED ORDER RE: MOTION TO CONTINUE