CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig B. Friedberg, Esq.
4760 S. Pecos Road, Suite 103
Las Vegas. NV 89121
Tel: (702) 435-7968
Fax; (702) 946-0887
Email; attcfb@cox.net
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI C. WOOD, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J CHOO USA, INC., d//b/a "Jimmy Choo", a Delaware corporation,<br><br>　　　　Defendant. | Case No. 16-cv-02315-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Underlying Action currently pending- Case No. 9:15-cv-81487-BB (S.D. FL.); Hon. Judge Beth Bloom] |

　　　　Plaintiff Kerri C. Wood and non-party Shift4 Corporation have resolved all claims, disputes, and differences between the Parties;

　　　　Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully stipulate to the dismissal of this matter with prejudice, with

///

///

///

STIPULATION OF DISMISSAL - 1

each party bearing their own attorneys' fees and costs.

DATED February 13, 2017

| | |
|---|---|
| **LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.** | **GORDON & REES SCULLY MANSUKHANI** |
| /s/ *Craig Friedberg* | /s/ *Andrew Castricone* |
| CRAIG B. FRIEDBERG, ESQ. | Andrew D. Castricone |
| Nevada Bar No. 4606 | 275 Battery Street, Ste. 2000 |
| 4760 So. Pecos Road, Suite 103 | San Francisco, CA 94111 |
| Las Vegas, NV 89121 | Email: acastricone@gordonrees.com |
| *Attorney for Plaintiff* | *Attorneys for Shift4 Corporation* |

 IT IS SO ORDERED:

 _____
 UNITED STATES DISTRICT JUDGE
 Dated: February 14, 2017.

STIPULATION OF DISMISSAL - 2